**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICK CARNAHAN, | : | CIVIL ACTION |
| | : | |
| Claimant, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | No. 11-7847 |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER RE: REQUEST FOR REVIEW

AND NOW, this 20th day of September, 2012, upon careful and independent

consideration of Patrick Carnahan's request for review (ECF No. 6), the parties' briefing, and for

the reasons discussed in the accompanying Memorandum, it is hereby ORDERED as follows:

(1) Carnahan's request for review is DENIED and his Complaint is DISMISSED with

prejudice.

(2) The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.


BY THE COURT:


/s/ Michel M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11\11-7847 Carnahan v. Astrue\Order re Request for Review.wpd